UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANDERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>SODEXO, INC., et al.,<br><br>    Defendants. | No. 1:23-cv-01177-ADA-SKO<br><br>ORDER DIRECTING CLERK TO CLOSE THE CASE<br><br>(Doc. 3) |

  On September 18, 2023, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 3.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 19, 2023**    /s/ *Sheila K. Oberto*
                   UNITED STATES MAGISTRATE JUDGE